**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 883 MAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
MARC E. ROTHSTEIN, :
:
         Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.